## Friendship Federal Savings and Loan Association of Pittsburgh *v.* Hawkeye-Security Insurance Company, Appellant.
## Friendship Federal Savings and Loan Association of Pittsburgh, Appellant, *v.* American Guarantee and Liability Insurance Company.

Argued November 16, 1967. *Carl A. Eck*, with him *Joseph A. DelSole*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for Hawkeye-Security; *C. John Tillman*, with him *Hirsch, Weise & Tillman*, for Friendship Federal Savings; *Joseph B. Bagley*, with him *Bagley and Sydor*, for American Guarantee.

750

Both judgments affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.